IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ADDISON FULLER, | ) Civil Action No.: |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL** |
| SITEMETRIC, LLC, | ) |
| Defendant. | ) |

Defendant Sitemetric, LLC ("Sitemetric") in the above-entitled action hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 1441, and 1446. In support of removal, Sitemetric respectfully shows as follows:

1. Plaintiff filed his Summons and Complaint, Case No. 23CV04279, in The General Court of Justice, Superior Court Division for Buncombe County, North Carolina, on or about October 23, 2023. (*See* Exhibit A, Summons and Complaint.)

2. Plaintiff served the Summons and Complaint upon the Registered Agent for Defendant on October 25, 2023. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days of service of the Summons and Complaint on Sitemetric.

**DIVERSITY JURISDICTION**

3. This Court has original jurisdiction over this action by virtue of 29 U.S.C. § 1332 because there is diversity of citizenship between all of the parties and Plaintiff alleges damages in excess of $75,000.

4. At the time the Complaint was filed, at the time of removal, and at all intervening times, Sitemetric was (and is) a corporation incorporated in the State of Delaware with a principal

1

place of business in the State of Texas. *See* 28 U.S.C. § 1332(c)(1). Thus, Sitemetric is a citizen of Texas and Delaware for the purposes of diversity jurisdiction. *Id.*

5. Plaintiff alleges that he is a resident of Buncombe County, North Carolina, and is therefore a citizen of the State of North Carolina. (Compl. ¶ 1.) Accordingly, Plaintiff and Defendant are citizens of different states and complete diversity exists between all of the parties in this action.

6. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1). Plaintiff has alleged two causes of action: violation of the North Carolina Wage and Hour Act, N.C. Gen. Stat. §§ 95-25.1 and 95-25.22, *et seq*., and in the alternative breach of contract. Plaintiff alleges Sitemetric owes him $94,723.25 in unpaid wages and also unpaid benefits. (Compl. ¶¶ 9, 10, 13 and 14 and "WHEREFORE" clause at 1.) Further, Plaintiff alleges that he is entitled to liquated damages and attorney's fees. (*Id*. ¶¶ 17 and "WHEREFORE" clause at 2 and 3.)

7. The amount Plaintiff is seeking to recover exceeds $75,000, exclusive of interests and costs.

8. Accordingly, this case could originally have been brought before this Court pursuant to 28 U.S.C. § 1332 and may be removed by Defendant pursuant to 28 U.S.C. § 1441.

9. Under 28 U.S.C § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action was pending.

10. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached herewith, and incorporated by reference, a copy of all documents filed in this action. (*See* Exhibit A and Exhibit B, Notice of Service of Process on Sitemetric.)

11. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

12. A true copy of this Notice of Removal is being filed with The General Court of Justice, Superior Court Division for Buncombe County, North Carolina as required by law.

This the 21st day of November, 2023.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Kelly A. Brewer*
Kelly A. Brewer
N.C. State Bar No.: 42707
kbrewer@grsm.com
Benjamin L. Williams
N.C. State Bar No.: 53665
blwilliams@grsm.com
150 Fayetteville Street, Suite 1120
Raleigh, North Carolina 27601
Telephone: 919-787-4555
Facsimile: 919-741-5840
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

   I hereby certify that on November 21, 2023, I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system. Further, I hereby certify that I have served a copy of this Notice of Removal to be served on Plaintiff's attorney via electronic mail as follows:

> Robert C. Carpenter
> Allen, Stahl & Kilbourne, PLLC
> 20 Town Mountain Road, Suite 100
> Asheville, NC 28801
> bcarpenter@asklawnc.com
> Attorney for Plaintiff

This 21st day of November, 2023.

> **GORDON REES SCULLY MANSUKHANI, LLP**
>
> By: */s/ Kelly A. Brewer*
>    Kelly A. Brewer
>    N.C. State Bar No.: 42707
>    kbrewer@grsm.com
>    Benjamin L. Williams
>    N.C. State Bar No.: 53665
>    blwilliams@grsm.com
>    150 Fayetteville Street, Suite 1120
>    Raleigh, North Carolina 27601
>    Telephone: 919-787-4555
>    Facsimile: 919-741-5840
>    *Attorneys for Defendant*